RECEIVED
IN LAKE CHARLES, LA.

SEP 18 2015

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| DONALD JOE BARBER, | * | CIVIL ACTION NO. 2:14-cv-2227 |
| Plaintiff, | * | |
| v. | * | JUDGE MINALDI |
| CHARLES MAIORANA, ET AL., | * | |
| Defendants. | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 33] of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of the plaintiff's Objections [Doc. 34], and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that plaintiff's complaint [Docs. 1 & 28] against defendants Maiorana, Sonnier, Galante, McGee, Almondinger, Perkins, Buxton, Curry, Melder, Goodin, DeVille, Alexander, Rainey, and unknown defendants be and hereby is **DISMISSED WITH PREJUDICE,** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §§ 1915(e)(2)(B)(i), (ii), and (iii).

**IT IS FURTHER ORDERED** that the plaintiff's civil rights action against Cullman County Detention Center defendants Nurse Adam, Warden Potter, and Deputy Campbell be

transferred to the United States District Court for the Northern District of Alabama for further consideration.

Lake Charles, Louisiana, this 17 day of ____Sept____, 2015.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE